**IN THE UNTED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) MARY COLBERT and | ) |
| (2) LARRY COLBERT, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )          12-CV-466-JHP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**JOINT LIST OF DEPOSITION DESIGNATIONS,**
**COUNTER-DESIGNATIONS, AND OBJECTIONS**

## I.  NEILL TAYLOR, M.D.

**DEFENDANT'S DESIGNATIONS FOR NEILL TAYLOR, M.D.**

| PAGE | LINE(S) | OBJECTIONS BY PLAINTIFF |
|---|---|---|
| 5 | 10-15 | |
| 7 | 23-25 | |
| 8 | 24-25 | |
| 9 | 1-16 | |
| 10 | 2-11,15-23 | |
| 11 | 10-25 | |
| 12 | 10-21, 24-25 | |
| 13 | 1-6, 9-12 | |
| 14 | 1-7 | |
| 15 | 8-25 | |
| 16 | 1-12,16-25 | |
| 17 | 1-5, 22-25 | |
| 18 | 1-25 | |
| 19 | 1-11 | |
| 20 | 3-5, 13-16 | |
| 23 | 1-7, 25 | |
| 24 | 1-4 | |
| 25 | 22-25 | |
| 26 | 1-19 | |
| 30 | 15-25 | |
| 31 | 1-4, 7-25 | |
| 32 | 1-3, 9-25 | |
| 33 | 1-15 | |

| 34 | 4-13 | |
|----|------|---|
| 39 | 7-10, 13-25 | |
| 40 | 1, 5-25 | |
| 41 | 1-25 | |
| 42 | 1-7 | |
| 43 | 6-7, 16-25 | |
| 44 | 1-3, 16-25 | |
| 45 | 1-5, 22-25 | |
| 46 | 1-2 | |
| 47 | 15-25 | |
| 48 | 5-24 | |
| 49 | 3-10, 22-24 | |
| 50 | 2-25 | lns. 10-25 – Hearsay, FRE 801-802 |
| 51 | 1-6, 19-25 | lns. 1-6 – Hearsay, FRE 801-802 |
| 52 | 1-7, 19-24 | lns. 19-24 – Hearsay, FRE 801-802 |
| 53 | 11-12, 15-25 | |
| 54 | 1-25 | |
| 55 | 1-8, 15-18, 21-25 | lns. 21-24 – Nonresponsive to the question. |
| 56 | 1-8, 11-15, 22-25 | |
| 57 | 1-4, 6-25 | |
| 58 | 1-9, 20-21, 24-25 | |
| 59 | 1-25 | |
| 60 | 1-25 | |
| 61 | 1-25 | |
| 62 | 1-25 | |
| 63 | 1-25 | |
| 64 | 1-7, 23-25 | |
| 65 | 1-18 | |
| 66 | 2-25 | |
| 67 | 1-25 | |
| 68 | 1-18 | |
| 69 | 1-4, 7-25 | |
| 70 | 1-20, 24-25 | |
| 71 | 1-25 | |
| 72 | 1-5, 19-25 | |
| 73 | 13-15, 18-25 | |
| 74 | 1-2, 21-23 | |
| 75 | 1-22, 25 | |
| 76 | 1-5, 8-20 | |
| 77 | 2-4, 7, 12-25 | lns. 12-24 – No personal knowledge, FRE 602 |
| 78 | 1-8 | |
| 79 | 20-25 | |
| 80 | 1-19, 23-25 | |
| 81 | 1, 4-12 | |
| 82 | 11-25 | |

| | | |
|---|---|---|
| 83 | 1-16 | |
| 84 | 3-6, 10-25 | |
| 85 | 6-10, 18-25 | |
| 86 | 1-13, 17-25 | |
| 87 | 1-12 | |
| 91 | 20-25 | |
| 92 | 1-6, 13-25 | |
| 93 | 1-5, 11-24 | |
| 94 | 5-25 | |
| 95 | 1-12, 15-25 | |
| 96 | 1-6,14-25 | |
| 97 | 1-12, 14-25 | lns. 10-25 – Nonresponsive to the question and not relevant FRE 401 and 402 |
| 99 | 16-18, 20-25 | |
| 100 | 1-2 | |
| 102 | 22-25 | |
| 103 | 1-25 | |
| 104 | 1-2 | |
| 106 | 15-25 | |
| 107 | 1-25 | |
| 108 | 1-25 | |
| 109 | 1-25 | |
| 110 | 1-25 | |
| 111 | 1-4, 6-11 | |
| 112 | 17-20, 22-25 | |
| 113 | 1-9, 17-25 | |
| 114 | 1-13, 17-21 | |
| 115 | 4-5, 13-25 | |
| 116 | 1-16, 19-25 | |
| 117 | 1-25 | |
| 118 | 1-9, 12-25 | |
| 119 | 1-5, 8-15 | |

## PLAINTIFFS' DESIGNATIONS FOR NEILL TAYLOR, M.D.

| PAGE | LINE(S) | OBJECTIONS BY DEFENDANT |
|---|---|---|
| 5 | 6-15 | |
| 7 | 23-25 | |
| 8 | 1-6, 24-25 | |
| 9 | 1-5 | |
| 12 | 10-25 | |
| 13 | 1-4 | |
| 18 | 4-11, 15-25 | |
| 19 | 1-11, 25 | |
| 20 | 1-16, 25 | |

| 21 | 1-4 | |
|----|-----|---|
| 30 | 15-25 | |
| 31 | 1-25 | |
| 32 | 1-3, 9-23 | |
| 35 | 13-17, 20-25 | |
| 36 | 1-3 | |
| 39 | 7-10, 13-25 | |
| 40 | 1-25 | |
| 41 | 1-25 | |
| 42 | 1-14 | |
| 43 | 6-11, 15-25 | |
| 44 | 1-25 | |
| 45 | 1-14, 22-25 | |
| 46 | 1-2 | |
| 47 | 10-25 | |
| 48 | 1-25 | |
| 49 | 1-12, 15-19 | |
| 52 | 25 | |
| 53 | 1-12, 15-25 | |
| 54 | 1-11 | |
| 55 | 3-8, 11-14 | |
| 57 | 9-18 | |
| 58 | 16-25 | |
| 59 | 1-13 | |
| 63 | 24-25 | |
| 64 | 1-7, 23-25 | |
| 65 | 1-18 | |
| 67 | 13-25 | |
| 68 | 1-13 | |
| 71 | 18-25 | |
| 72 | 1-8, 11-25 | |
| 75 | 8-11 | |
| 76 | 8-23 | |
| 77 | 1 | |
| 78 | 21-25 | |
| 79 | 1-5 | |
| 80 | 16-25 | |
| 81 | 1, 4-21, 25 | |
| 82 | 1-4, 17-20 | |
| 85 | 1-5 | |
| 86 | 6-13, 17-25 | |
| 87 | 1-3 | |
| 92 | 7-25 | |
| 93 | 1-5, 11-24 | |
| 96 | 7-25 | |

4

| | | |
|-----|-----------------|---|
| 97 | 1 | |
| 98 | 10-25 | |
| 99 | 1-18, 20-25 | |
| 100 | 1-2, 13-21, 23-25 | |
| 101 | 1-6, 23-25 | |
| 102 | 3-16 | |
| 104 | 3-13 | |
| 105 | 1-25 | |
| 106 | 1-3 | |
| 108 | 21-25 | |
| 109 | 1-3 | |
| 110 | 2-25 | |
| 111 | 1-11 | |
| 112 | 1-25 | |
| 113 | 1-25 | |
| 114 | 1-24 | |
| 115 | 4-5, 10-25 | |
| 116 | 1-3 | |
| 118 | 25 | |
| 119 | 1-5, 8-15, 21-25 | |
| 120 | 1-2 | |
| 123 | 2-25 | |
| 124 | 1-25 | |
| 125 | 1-11 | |

## PLAINTIFFS' COUNTER-DESIGNATIONS FOR NEILL TAYLOR, M.D.

| PAGE | LINE(S) | OBJECTIONS BY PLAINTIFFS |
|------|--------------|--------------------------|
| 17 | 6-13 | |
| 20 | 17-24 | |
| 24 | 5-25 | |
| 25 | 1-21 | |
| 33 | 16-22 | |
| 34 | 1-3 | |
| 51 | 7-9, 13-14 | |
| 52 | 8-18 | |
| 58 | 10-15 | |
| 73 | 1-12 | |
| 78 | 9-20 | |
| 85 | 11-17 | |

## II. <u>GLEN EDWARD DIACON, M.D.</u>

### <u>DEFENDANT'S DESIGNATIONS FOR GLEN EDWARD DIACON, M.D.</u>

| PAGE | LINE(S) | OBJECTIONS BY PLAINTIFFS |
|------|---------|--------------------------|
| 5 | 8-23 | |
| 6 | 10-18 | |
| 7 | 4-25 | |
| 8 | 1, 6-9 | |
| 9 | 24-25 | |
| 10 | 1-2, 7-12, 15-17 | |
| 18 | 3-25 | |
| 19 | 1-4 | |
| 23 | 1-6, 9-25 | |
| 24 | 22-25 | |
| 25 | 1-4, 10-11, 16-25 | |
| 26 | 1-25 | lns. 1-25 – Character or character trait evidence offered to prove action in accordance with character or character trait FRE 404, Relevance FRE 402 |
| 27 | 1-25 | lns. 1-12 – Character or character trait evidence offered to prove action in accordance with character or character trait FRE 404, Relevance FRE 402 |
| 28 | 1-12, 19-25 | |
| 29 | 1-5 | |
| 30 | 8-12, 15-25 | |
| 31 | 1-8, 17-25 | |
| 32 | 1-25 | |
| 33 | 1-11, 14-15 | |
| 34 | 7-10, 13-18 | |
| 35 | 6-21 | |
| 36 | 5-8, 13-25 | |
| 37 | 1-3, 11-25 | |
| 38 | 14-25 | |
| 39 | 1-25 | |
| 40 | 1-25 | |
| 41 | 1-23 | |
| 42 | 2-19 | lns. 18-19 – Unclear question.  Transected could mean cut or separated over time. |
| 43 | 15-20 | |
| 44 | 7-25 | |
| 46 | 21-22, 25 | |
| 47 | 10-13, 19-25 | |
| 48 | 1-4, 16-18, 21-22 | lns. 16-18 – Compound question.  Unclear as to whether question is about two ureters or one ureter. |
| 49 | 17-25 | |

| | | |
|---|---|---|
| 50 | 1-5, 12-22 | |
| 51 | 2-5, 13-15, 17-25 | |
| 52 | 1-25 | |
| 53 | 1-3, 10-25 | |
| 54 | 1-7, 18-25 | |
| 55 | 1-6, 10-22 | |
| 56 | 2-25 | |
| 57 | 1-15 | |
| 58 | 4-17 | |
| 59 | 5-7, 17-23 | |
| 60 | 21-25 | |
| 61 | 1, 13-18 | |
| 62 | 3-25 | |
| 63 | 1-22 | |
| 64 | 10-18 | |
| 65 | 17-25 | |
| 66 | 1-25 | |
| 67 | 1-4 | |
| 68 | 11-20 | |
| 69 | 9-25 | |
| 70 | 1-8 | |
| 72 | 18-24 | |
| 74 | 23-25 | |
| 75 | 1-3 | |
| 83 | 12-18, 20-25 | lns. 20-25 and pg. 84 lns. 1-2 – Not admissible and not discoverable, 12 O.S. §19 A.3. Also, not relevant FRE 401 and 402. |
| 84 | 1-13 | See above objection for lines 1-2. |
| 86 | 17-25 | lns. 17-25 – Not admissible and not discoverable, 12 O.S. §19 A.3. Also, not relevant FRE 401 and 402. |
| 87 | 1-7 | lns. 1-7 – Not admissible and not discoverable for any purpose, 12 O.S. §19 A.3. Also, not relevant FRE 401 and 402. |
| 88 | 3-25 | lns. 1-25 – Not admissible and not discoverable for any purpose, 12 O.S. §19 A.3. Also, not relevant FRE 401 and 402. |
| 89 | 1-25 | lns. 1-25 and pg. 90 ln. 1 - Not admissible and not discoverable for any purpose, 12 O.S. §19 A.3. Also, not relevant FRE 401 and 402. |
| 90 | 1, 18-25 | See above for objection for line 1. |
| 91 | 1-25 | |
| 92 | 1-25 | |
| 93 | 1-17, 24-25 | |
| 94 | 1-25 | |
| 95 | 1-6 | |

| 100 | 22-25 | |
|-----|-------|---|
| 101 | 1-11 | |
| 105 | 6-18 | |
| 107 | 22-25 | |
| 108 | 1-3 | |

**PLAINTIFFS' DESIGNATIONS FOR GLEN EDWARD DIACON, M.D.**

| PAGE | LINE(S) | OBJECTIONS BY DEFENDANT |
|------|---------|-------------------------|
| 5 | 1-4, 8-11 | |
| 6 | 19-24 | Objection, Hearsay, FRE 801-802; No personal knowledge FRE 602; Foundation FRE 602, 901(a). |
| 7 | 1-3 | Objection, Hearsay, FRE 801-802; No personal knowledge FRE 602; Foundation FRE 602, 901(a). |
| 8 | 10-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 9 | 1-3 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 10 | 13-14, 19-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 11 | 1-12, 17-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 12 | 1-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 13 | 1-24 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 15 | 1-2, 7-18 | |
| 18 | 3-25 | |
| 19 | 1-25 | |
| 20 | 1-6 | |
| 21 | 6-25 | |
| 22 | 1-11 | |
| 23 | 7-8 | |
| 25 | 5-7 | |
| 27 | 13-25 | |
| 28 | 1-2, 19-25 | |
| 29 | 1-25 | |
| 30 | 1-25 | |
| 31 | 1-25 | |
| 32 | 1-25 | |
| 33 | 1-25 | |
| 34 | 1-25 | |
| 35 | 1-25 | |
| 36 | 13-19 | |
| 38 | 9-25 | |

| 39 | 1-25 | |
|----|------|--|
| 40 | 1-25 | |
| 41 | 1-21, 24-25 | |
| 42 | 20-25 | |
| 43 | 1, 15-23 | |
| 44 | 7-25 | |
| 46 | 23-24 | |
| 47 | 1-9, 14-18 | |
| 48 | 5-15, 19-20 | |
| 50 | 6-25 | |
| 51 | 1-25 | |
| 52 | 1-25 | |
| 53 | 1-3, 16-25 | |
| 54 | 1-25 | |
| 55 | 1-25 | |
| 56 | 1-25 | |
| 57 | 1-15 | |
| 58 | 4-25 | |
| 59 | 1-7 | |
| 61 | 2-25 | |
| 62 | 12-20 | |
| 63 | 17-25 | |
| 64 | 1-25 | |
| 65 | 1-11 | |
| 66 | 2-11 | |
| 68 | 21-25 | |
| 69 | 1-14 | |
| 70 | 9-25 | |
| 71 | 1-23 | |
| 72 | 3-5, 13-25 | |
| 73 | 1-14 | |
| 74 | 23-25 | |
| 75 | 1-25 | |
| 76 | 1-25 | |
| 77 | 1-25 | |
| 78 | 1-25 | |
| 79 | 1-25 | |
| 80 | 1-25 | |
| 81 | 1-14 | |
| 90 | 2-25 | |
| 91 | 1-25 | |
| 92 | 1-25 | |
| 93 | 1-23 | |
| 95 | 16-25 | |
| 96 | 1-25 | |

| 97 | 1-25 | |
|----|------|---|
| 98 | 1-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 99 | 1-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602,901(a); No personal knowledge FRE 602. |
| 100 | 1-25 | |
| 101 | 1-25 | |
| 102 | 1-7, 13-25 | |
| 103 | 1-10, 14-24 | Objection.   Assumes facts not in evidence 611(a). Previously testified didn't have equipment available at Chickasaw Nation Medical Center; Lack of Foundation 602, 901(1). |
| 104 | 2-25 | Objection.   Assumes facts not in evidence 611(a). Previously testified didn't have equipment available at Chickasaw Nation Medical Center; Lack of Foundation 602, 901(1). |
| 105 | 1-22 | Objection. Assumes facts not in evidence; FRE 611(a). |
| 106 | 1-25 | Objection, Hearsay, FRE 801-802; No Foundation FRE 602, 901(a); No personal knowledge FRE 602. |
| 107 | 3-5, 8-24 | Objection.  Assumes facts not in evidence 611(a); Previously testified equipment not available at Carl Albert. |
| 108 | 4-7 | |

## III.   MICHAEL L. HALL, M.D.

### PLAINTIFF'S DESIGNATIONS FOR MICHAEL L. HALL, M.D.

| PAGE | LINE(S) | OBJECTIONS BY DEFENDANT |
|------|---------|-------------------------|
| 4 | 10-12 | |
| 14 | 20-23 | |
| 15 | 15-25 | |
| 16 | 1-5, 17-25 | |
| 17 | 1-11 | |
| 108 | 10-25 | Objection.  Not a proper Exhibit per Pre Trial Order. |
| 109 | 4-25 | |
| 110 | 1-25 | |
| 111 | 1-11, 14-25 | |
| 112 | 1-20, 23-25 | Objection.   Assumes fact not in evidence FRE 611(a); Foundation lacking FRE 602, 901(a); Leading FRE 611(c). |
| 113 | 1-3, 6-25 | Objection.   Assumes fact not in evidence FRE 611(a); Foundation lacking FRE 602, 901(a); Leading FRE 611(c). |
| 114 | 1-5, 8-25 | |
| 115 | 1-25 | |
| 116 | 1-3, 6-25 | |

| 117 | 1-25 | |
|---|---|---|
| 118 | 1-25 | |
| 119 | 1-6, 9-25 | Objection.  Assumes facts not in evidence 611 (a); Lack of foundation 602, 901(a). |
| 120 | 1-6, 9-24 | Objection.  Assumes facts not in evidence 611 (a); Lack of foundation 602, 901(a). |
| 121 | 1-25 | |
| 122 | 3-4, 7-25 | |
| 123 | 1-25 | Objection.  Hearsay FRE 801-802; Assumes facts not in evidence FRE 611(a).  Speculation. |
| 124 | 1-21, 23-25 | |
| 125 | 1-18, 21-25 | Objection.  Lack of foundation FRE 602, 901(a); Assumes facts not in evidence FRE 611(a). |
| 126 | 1-10, 13-25 | Objection.  Lack of foundation FRE 602, 901(a); Assumes facts not in evidence FRE 611(a). |
| 127 | 1-2, 5-25 | Objection.  Lack of foundation FRE 602, 901(a); Assumes facts not in evidence FRE 611(a). |
| 128 | 1-25 | Objection.  Lack of foundation FRE 602, 901(a); Assumes facts not in evidence FRE 611(a). |
| 129 | 1-8, 24-25 | |
| 130 | 1-4, 6-7 | |

## DEFENDANT'S DESIGNATIONS FOR **MICHAEL L. HALL, M.D.**

| 4 | 13-25 | |
|---|---|---|
| 6 | 3-8 | |
| 7 | 25 | |
| 8 | 1-11, 25 | |
| 9 | 1-2, 14-25 | |
| 10 | 1-2, 17-24 | |
| 12 | 19-25 | |
| 13 | 1 | |
| 14 | 3-19 | |
| 16 | 13-16 | |
| 19 | 22-25 | |
| 21 | 13-15 | |
| 22 | 14-25 | |
| 23 | 1-19 | |
| 27 | 19-22 | |
| 29 | 9-18, 23-25 | |
| 30 | 1 | |
| 33 | 20-25 | |
| 34 | 1-3 | |
| 35 | 5-11 | |
| 38 | 19-25 | |

| 39 | 1-10, 14-18 | |
|----|----|---|
| 42 | 14-25 | |
| 43 | 1-14 | |
| 44 | 1-6, 14-16, 18-25 | |
| 45 | 1, 21-25 | |
| 46 | 1-5, 8-16, 20-25 | |
| 47 | 1-4, 21-25 | |
| 48 | 1-16 | |
| 53 | 2-5, 7-13 | |
| 55 | 3-10, 18-22 | |
| 56 | 4-15, 18-25 | |
| 57 | 1-6, 14-25 | |
| 58 | 1-6, 19-25 | |
| 59 | 1, 3, 24-25 | |
| 60 | 1-4, 6-20 | |
| 64 | 8-13 | |
| 65 | 2-25 | |
| 66 | 1-5, 12-25 | |
| 67 | 1, 18-25 | |
| 68 | 1-8, 18-25 | |
| 69 | 1-21 | |
| 70 | 25 | |
| 71 | 1-2 | |
| 73 | 2-10 | |
| 74 | 6-9 | |
| 75 | 3-25 | |
| 76 | 1-12 | |
| 79 | 13-19 | |
| 80 | 13-25 | |
| 81 | 1-2, 18-20, 24-25 | |
| 82 | 1-5, 10-25 | |
| 86 | 6-19, 25 | |
| 87 | 1-9 | |
| 88 | 9-22 | |
| 89 | 5-25 | |
| 90 | 1-7 | |
| 91 | 5-24 | |
| 92 | 10-25 | |
| 93 | 1-5, 11-14, 16-18, 19-25 | |
| 94 | 6-10, 24-25 | |
| 95 | 1-8, 16-20 | |
| 96 | 20-25 | |
| 97 | 6-10 | |
| 98 | 12-17, 19-25 | |
| 99 | 1, 3-8 | |

| 102 | 14-22 | |
|-----|-------|--|
| 103 | 6-20  | |
| 104 | 20-25 | |
| 105 | 1-25  | |
| 129 | 12-20 | |
| 130 | 11-13 | |

Respectfully Submitted,

/s/ William W. Speed
William W. Speed, OBA# 19031

Braly, Braly, Speed & Morris, PLLC
201 W. 14th Street
P.O. Box 2739
Ada, OK 74821-2739
Phone: 580-436-0871
Fax:  580-436-0889
E-mail wspeed@cableone.net

ATTORNEY FOR PLAINTIFFS

/s/ SUSAN STIDHAM BRANDON
SUSAN STIDHAM BRANDON
OBA# 12501
Assistant United States Attorney
1200 West Okmulgee
Muskogee, Oklahoma 74401
918-684-5112
918-684-5130- fax
Susan.Brandon@usdoj.gov

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of February 2014, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Susan S. Brandon

Thomas M. Wright

　　　　　　　　　　　　　　　　　　　　  /s/ William W. Speed
　　　　　　　　　　　　　　　　　　　　William W. Speed